UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN CONNORS, Individually and on Behalf of All Other Persons Similarly Situated,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MGM SPRINGFIELD, LLC<br>　　　　　　　　　　Defendant | CIVIL ACTION NO.: |

## FLSA OPT-IN CONSENT FORM

　　　I was employed as a Dealer during at least a portion of the time between August 1, 2018 and the date that I signed this Opt-in Consent Form. Pursuant to 29 U.S.C. § 216(b), I consent and agree to pursue my claims for overtime compensation, minimum wages, and any other benefits under the Fair Labor Standards Act in connection with the above-referenced lawsuit against MGM Springfield, LLC and any other Defendant added to this case (the "Lawsuit"). I hereby designate Benjamin Knox Steffans, Steffans Legal LLC, 7 North Street, Suite 307, Pittsfield, Massachusetts 01201 and any associated counsel to represent me for all purposes of the Lawsuit. I understand that I will be bound by the judgment of the Court on all issues in the Lawsuit or which could have been part of the Lawsuit.

Signature: _Shawn Patrick Connors_

Printed Name: _SHAWN PATRICK CONNORS_

Dated: _10/25/2019_