UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN CONNORS, Individually and on Behalf of All Other Persons Similarly Situated,<br>Plaintiffs,<br><br>v.<br><br>MGM SPRINGFIELD, LLC<br>Defendant | Civil Action No.: 3:19-cv-30144 |

Rule 41(a)(1) Notice of Stipulation of Dismissal

The parties to this action stipulate to its dismissal, without prejudice.

Respectfully and jointly submitted,

*Benjamin Steffans (signature)*
Benjamin Knox Steffans (BBO #568535)
Steffans Legal PLLC
7 North Street, Suite 307
Pittsfield, MA 01201
bsteffans@steffanslegal.com
(413) 418-4176

and

/s/ *Jeffrey S. Morneau (w/ permission)(BKS)*
Jeffrey S. Morneau (BBO# 643668)
Connor & Morneau LLP
273 State Street, 2nd Floor
Springfield, MA 01103
jmorneau@cmolawyers.com
(413) 455-1730

Attorneys for the Plaintiff and Putative
Class and Collective

/s/ *Matthew Kane (w/ permission)(BKS)*
Matthew Kane (admitted *pro hac vice*)
Amy Beverlin (admitted *pro hac vice*)
McGuire Woods LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
mkane@mcguirewoods.com
abeverlin@mcguirewoods.com
(310) 315-8200
Attorneys for Defendant

Certificate of Service

    I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the NEF.

_____
Benjamin Knox Steffans
Date: July 14, 2020